UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA v. Kealoha et al          Case No. 17-00582

Presiding District or Magistrate Judge: Chief Judge J. Michael Seabright

Media Outlet: The Associated Press

Representative(s): Jennifer Kelleher, Caleb Jones, Audrey McAvoy

Email Address To Send Completed Request Form: jkelleher@ap.org aphonolulu@ap.org

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 11/8/17 | 10 a.m. | status conference |
| various | various | all subsequent on-the-record |
| | | proceedings in open court. |
| | | |
| | | |

DATED: 11/6/17          SIGNATURE: [signature]

PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED.

☒ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: 11/6/17          [signature]