IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA (1)<br>  aka Katherine E. Kealoha,<br>  aka Kathy Kealoha,<br>  aka Kat,<br>  aka Alison Lee Wong,<br>LOUIS M. KEALOHA (2),<br>DEREK WAYNE HAHN (3),<br>MINH-HUNG NGUYEN (4),<br>  aka Bobby Nguyen,<br>GORDON SHIRAISHI (5), and<br>DANIEL SELLERS (6),<br><br>Defendants. | Case No. CR 17-00582-JMS<br><br>MEMORANDUM IN SUPPORT OF MOTION |

## MEMORANDUM IN SUPPORT OF MOTION

Defendants can no longer fund a defense. Their assets have been effectively frozen by the federal government, and the terms of their bond prohibit them from even applying for a loan. On November 7, 2017, after much consideration, it has been determined by counsel and defendants that the defendants are unable, and will be unable, to raise the funds necessary to fund a defense for the instant case, which

will involve, as the government claims, a quarter of a million pages of evidence, some 500 witnesses, and a trial consuming four months.

Counsel also requests, and recommends, that *pro hac vice* CJA counsel be appointed to represent the defendants, pursuant to § 210.30.30 of the Criminal Justice Act Guidelines. These guidelines provide that, if it is in the interests of justice or other compelling circumstance warrant, *pro hac vice* CJA defense counsel may be appointed. The instant case is of such magnitude and complexity that there are no other attorneys locally available who are both qualified and not suffering from potential conflicts of interests.

DATED: HONOLULU, HAWAII, November 7, 2017.

/s/ Kevin P.H. Sumida
KEVIN P. H. SUMIDA
Attorneys for Defendant
KATHERINE P. KEALOHA (1)
and LOUIS M. KEALOHA (2)

DATED: HONOLULU, HAWAII, November 7, 2017.

/s/ Myles S. Breiner
MYLES S. BREINER
Attorneys for Defendant
KATHERINE P. KEALOHA (1)

DATED: HONOLULU, HAWAII, November 7, 2017.

/s/ Gary A. Modafferi
GARY A. MODAFFERI
Attorneys for Defendant
LOUIS M. KEALOHA (2)