PROB 34
(D/HI 5/2023)

Report and Order Terminating Supervision

---

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jul 29, 2025**
LUCY H. CARRILLO, CLERK OF COURT

UNITED STATES OF AMERICA

     v.                      Criminal No.    CR 17-00582JMS-WRP-03

DEREK WAYNE HAHN

      It appearing that the above-named has complied with the conditions of supervision imposed by the Order of the Court heretofore made and entered in this case and that the period of supervision expired on 07/27/2025, I therefore recommend that the defendant be discharged from supervision and that the proceedings in the case be terminated.

                                      Respectfully submitted,

_Marissa L Nahina_
Marissa L Nahina
US Probation Officer

### ORDER OF THE COURT

      Pursuant to the above, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

      Dated this 29th day of July, 2025.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge